United States District Court
Eastern District of New York
------------------------------------X



20-CV-06348
October 14, 2021
Letter Motion

JACQUELINE SILVER

    Plaintiff,

        ---against---

NYPD DETECTIVE JOHN SEEL
AS A INDIVIDUALLY AND POLICE
OFFICER-109 PRECINCT

    Defendant ,

Thank you for granting me an extension of time to submit an appeal on docket 03868(Galgano). In the same letter of extension of time I wanted you to rule also on the above action . I assume it was a confusing letter. Since these two cases go hand in hand I am asking you Hon. Gujarati if you can also rule on the above action , so I can do my appeals at the same time.

Jacqueline Silver
Pro Se Litigant

Silver
P.O. Box 5205
Manhasset NY 11021

MID-ISLAND NY 117
18 OCT 2021 PM 5 L

USMS

Eastern District of New York
United States District Court
Pro Se Office
225 Cadman Plaza East
Brooklyn NY 11201