United States District Court
Eastern District of New York
------------------------------------X

 

20-CV-06348
November 2, 2021
Letter Motion

JACQUELINE SILVER

                Plaintiff,

---against---

NYPD DETECTIVE JOHN SEEL
AS A INDIVIDUALLY AND POLICE
OFFICER-109 PRECINCT

                Defendant ,

    Thank you for granting me an extension of time to submit an appeal on docket 03868 (Galgano). Judge Gujarati as of today you haven't ruled on the above docket number (Seel). Plaintiff Silver submitted a letter motion for an extension of time to appeal the above action . Hon. Gujarati , I reached out to the Pro Se office today November 3rd and I spoke with Lillian and she told me that the letter motion to extend the time to appeal the above matter was not ruled on yet.

    Both actions 03868 (Galgano) and (06348) Seel were both denied by Your Honor for the same argument by Plaintiff Silver , therefore need to be appealed on the same date so they are not inconsistent . I can't appeal one action without the other.

Jacqueline Silver
Pro Se Litigant

Silver
P.O. Box 525
Manhasset NY 11030

NEW YORK NY 100
4 NOV 2021 PM 13 L

United States District Court
Eastern District of NY
Attn: Pro Se Office
225 Cadman Plaza East
Brooklyn NY

USMS

1120-183299