**United States District Court**

**Eastern District of New York**

------------------------------------X



20-CV-06348
November 23, 2021
Letter Motion

JACQUELINE SILVER

                      Plaintiff,

                    ---against---

NYPD DETECTIVE JOHN SEEL
AS A INDIVIDUALLY AND POLICE
OFFICER-109 PRECINCT

                    Defendant ,

      Thank you for granting me an extension of time to submit an appeal on docket 20CV-06348. Since this case and Galgano (03868) were both denied by Your Honor on a motion to reconsider , I wanted to appeal both these cases at the same time. You granted the letter motion to appeal CV-06348 on November 8th(after the CV-03868 case) was supposed to be appealed (November 4th) . I want to appeal both CV-03868 and CV -06348 by the same date.

      Your Honor, I am asking you if you can put docket number CV-03868 Galgano, with the same date  (December 3, 2021)  -Seel so I can file my Notice of appeals on the same date.

Jacqueline Silver
Pro Se Litigant



Silver
P.O. Box 525
Manhasset NY 11030

Eastern District Court of NY
PO & Office
225 Cadman Plaza East
Brooklyn NY 11201