**United States District Court**

**Eastern District of New York**

------------------------------------X

*FILED*

2021 DEC -3 PM 4: 39

CLERK
U.S. DISTRICT COURT
E.D.N.Y.
LONG ISLAND OFFICE

20-CV-06348

November 30, 2021

JACQUELINE SILVER

        Plaintiff,



RECEIVED
DEC 03 2021
PRO SE OFFICE

---against---

NYPD DETECTIVE JOHN SEEL
AS A INDIVIDUALLY AND POLICE
OFFICER-109 PRECINCT

        Defendant,

    Thank you for granting me an extension of time on both of my cases. 20-CV-06348 and 20-CV-03868. Since they both have different returnable dates (November 3rd and December 3rd ) I am submitting this letter to let the court know in letter motions I submitted to the court, Ms. Silver asked if both cases can be extended to the same date. I didn't get a response on 20CV-06348 until I received it in my P.O. Box on November 29th, therefore I am submitting both Notice of Appeals by December 3rd, which is the date that you granted me on CV-06348.

Jacqueline Silver
Pro Se Plaintiff
718-678-7325

FORM 1

NOTICE OF APPEAL


RECEIVED
DEC 03 2021
PRO SE OFFICE

\* \* \* \* \* \* \* \* \* \*

UNITED STATES DISTRICT COURT
FOR THE
Eastern District  DISTRICT OF  New York

Jacqueline Silver

NOTICE OF APPEAL

1:20-cv-06348-DG-ST

The City of New York et al

Docket No.

Notice is hereby given that  Jacqueline Silver
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision dated 9/30/21, denying Ms. Silvers Motion for Reconsideration. Plaintiff (describe it) Silver doesn't agree with hon. Gujarati on her ruling. Plaintiff Silver believes that hon. Gujarati has erred in this decision, causing Ms. Silver to appeal her order denying 27 Motion for reconsideration entered in this action on the 30th day of November, 2021.

Judge Gujarati erred in her order because pursuant to Rule 73 of the Federal Rules of Civil Procedure, it states that if all parties consent, a magistrate judge will be appointed, therefore I need to appeal her order.

Signature

Jacqueline Silver
Printed Name

P.O. Box 525
Address

Manhasset New York 11030

(718) 678-7325
Telephone No. (with area code)

Date: 11/30/2021

2021 DEC -3 PM 4:41
CLERK
U.S. DISTRICT COURT
E.D.N.Y.
\*FILED\*