UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JACQUELINE SILVER,

                        Plaintiff,

      -against-

JOHN SEEL,

                        Defendant.

**DECLARATION OF SERVICE OF DEFENDANT'S MOTION TO DISMISS**

20-CV-6348 (DG) (ST)

------------------------------------------------------------------------ x

I, Luca Difronzo, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on March 13, 2023, I caused to be served a copy of defendant's motion to dismiss plaintiff's case pursuant to Fed. R. Civ. P. 41(b) and 37 to plaintiff's current address on behalf of defendant, upon the following plaintiff *pro se*, in the matter of Jacqueline Silver v. NYPD Detective John Seel, 20-CV-6348 (DG) (ST), by having someone in my office deposit a copy of same, enclosed in a first class, postpaid properly addressed wrapper in a post office/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to plaintiff at the address set forth below, being the address designated by plaintiff for that purpose:

Jacqueline Silver
Plaintiff *pro se*
P.O. Box 525
Manhasset, NY 11030

Dated:     New York, New York
            March 13, 2023

                                                          */s/ Luca Difronzo*

                                                          Luca Difronzo
                                                          Assistant Corporation Counsel
                                                          Special Federal Litigation Division